IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BEATRICE REDDICK                                                        PLAINTIFF

VS.                              CASE NO. 3:07CV00077 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the decision of the Commissioner is reversed and this case is remanded for further action consistent with the opinion.

SO ADJUDGED this 24th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE